**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1564

_____

BILLY K. CRUEY; B. K. CRUEY, PC,

        Plaintiffs – Appellants,

        v.

RICKY LEE EARLY; HOWARD M. GREGORY; ERIC NESTER; ELINOR E.
WILLIAMS, as Magistrate and Agent for the County of
Montgomery, Virginia; KAREN SUE GARNAND, Magistrate and
Agent for the County of Montgomery, Virginia,

        Defendants – Appellees,

        and

STEPHEN C. HUFF, JR.; R. J. KIRBY, Individually, and as
Deputy Sheriff, and as agent for J. T. Whitt, Sheriff, and
Montgomery County, Virginia; D. L. CONNER, Individually, and
as Deputy Sheriff, and as agent for J. T. Whitt, Sheriff,
and Montgomery County, Virginia; J. T. WHITT, Individually,
and as Sheriff, Montgomery County, Virginia, and as agent
for Montgomery County, Virginia; ROGER DALE NESTER; BRUCE W.
NESTER; COUNTY OF MONTGOMERY, VIRGINIA,

        Defendants.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge. (7:09-cv-00516-gec)

_____

Submitted:  September 28, 2010    Decided:  September 30, 2010

_____

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

---

Billy K. Cruey, B. K. CRUEY, PC, Shawsville, Virginia, for Appellants. Matthew E. Kelley, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia; Isak Jordan Howell, Mark Douglas Loftis, WOODS ROGERS, PLC, Roanoke, Virginia; Christy Monolo, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy K. Cruey, acting on behalf of himself and his law firm, B. K. Cruey, PC, seeks to appeal the district court's orders dismissing some, but not all, defendants and denying his Fed. R. Civ. P. 54(b) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders that Cruey seeks to appeal are neither final orders nor are they appealable interlocutory or collateral orders. See McCall v. Deeds, 849 F.2d 1259, 1259 (9th Cir. 1988) ("[T]he denial of Rule 54(b) certification is not appealable."); Robinson v. Parke-Davis & Co., 685 F.2d 912, 913 (4th Cir. 1982) (holding that dismissal of some, but not all, claims or parties not immediately appealable absent Rule 54(b) certification). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED